**IN THE UNITED STATE DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**OAKRIDGE BUILDERS, INC.**                                          **PLAINTIFFS**

**vs.**                              **CASE NO. CV-2004-5028**

**PIONEER PRODUCTS, INC.**                                          **DEFENDANT**

**ORDER OF DISMISSAL WITH PREJUDICE**

BEFORE THE COURT is the joint motion of Plaintiff and Defendant for an order dismissing this case with prejudice. The Court, being well and sufficiently advised in the premises, finds and orders as follows:

1.      This Court approves the parties' settlement of all claims and causes of action in this matter. The settlement disposes of all issues before the Court, and this case is therefore dismissed with prejudice, with costs, expenses and legal fees to be borne by the party incurring the same.

IT IS SO ORDERED this 7th day of June, 2006.


 **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED  STATES  DISTRICT  JUDGE**


Approved by:


   /s/  Chris Lisle
*Attorney for Plaintiff*


   /s/  David B. Vandergriff
*Attorney for Defendant*